# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 19-14149-ELF

JEANETTE A. WALKER-COSBY

1342 TOWNSEND STREET

CHESTER, PA 19013-

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes Kenneth E. West, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    JEANETTE A. WALKER-COSBY

    1342 TOWNSEND STREET

    CHESTER, PA 19013-

Counsel for debtor(s), by electronic notice only.

    STANLEY E. LUONGO JR
    LUONGO BELLWOAR LLP
    126 WEST MINER ST
    WEST CHESTER, PA 19382-

Date: 10/4/2022

/S/ Kenneth E. West
_____
Kenneth E. West, Esquire
Chapter 13 Standing Trustee