United States Bankruptcy Court
Eastern District of Pennsylvania

In re:     Case No. 19-14149-amc
Jeanette A. Walker-Cosby     Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: admin     Page 1 of 2
Date Rcvd: Sep 12, 2024     Form ID: 138OBJ     Total Noticed: 19

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 14, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jeanette A. Walker-Cosby, 1342 Townsend Street, Chester, PA 19013-2441 |
| 14350113 | + | Acceptance Now, 5200 Brandywine Parkway, Wilmington, DE 19803-1469 |
| 14350117 | + | Kmart, 330 S. Warminster Road, Suite 353, Hatboro, PA 19040-3433 |
| 14397075 | + | U.S. BANK NATIONAL ASSOCIATION, C/O KEVIN G. MCDONALD, KML LAW GROUP, P.C., 701 Market St. Suite 5000, Philadelphia, PA 19106-1541 |
| 14350122 | + | Verizon, 1930 Olney Avenue, Cherry Hill, NJ 08003-2016 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Sep 13 2024 00:17:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Sep 13 2024 00:17:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14350114 | + | Email/PDF: bncnotices@becket-lee.com | Sep 13 2024 00:20:41 | Beckett and Lee, LLP, P.O. Box 3001, Malvern, PA 19355-0701 |
| 14373952 | | Email/PDF: bncnotices@becket-lee.com | Sep 13 2024 00:20:39 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14350115 | + | Email/Text: PBNCNotifications@peritusservices.com | Sep 13 2024 00:17:00 | Capital One, N.A./Kohl's, P.O. Box 2983, Milwaukee, WI 53201-2983 |
| 14350116 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 13 2024 00:20:24 | Capital One/Justice, P.O. Box 71106, Charlotte, NC 28272-1106 |
| 14354218 | | Email/Text: bankruptcy@cavps.com | Sep 13 2024 00:17:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 14350118 | ^ | MEBN | Sep 13 2024 00:03:28 | KML Law Group, P.C., 701 Market Street, Suite 5000, BNY Independence Center, Philadelphia, PA 19106-1541 |
| 14350119 | + | Email/Text: bankruptcydpt@mcmcg.com | Sep 13 2024 00:17:00 | Midland Funding LLC, P.O. Box 2011, Warren, MI 48090-2011 |
| 14350120 | + | Email/Text: blegal@phfa.org | Sep 13 2024 00:17:00 | Pennsylvania Housing Finance Agency, 211 North Front Street, Harrisburg, PA 17101-1406 |
| 14350121 | | Email/PDF: ais.sprint.ebn@aisinfo.com | Sep 13 2024 00:19:44 | Sprint, 6391 Sprint Parkway, Overland Park, KS 66251 |
| 14396605 | ^ | MEBN | Sep 13 2024 00:03:29 | U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE PE, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14415238 | + | Email/Text: blegal@phfa.org | | |

District/off: 0313-2 | User: admin | Page 2 of 2
Date Rcvd: Sep 12, 2024 | Form ID: 138OBJ | Total Noticed: 19

| | | | | |
|---|---|---|---|---|
| | | | Sep 13 2024 00:17:00 | U.S. Bank National Association et. al,, c/o PA Housing Finance Agency, 211 North Front Street, Harrisburg, PA 17101-1406 |
| 14350123 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | | |
| | | | Sep 13 2024 00:19:58 | Wells Fargo Bank, P.O. Box 5058, MAC P6053-021, Portland, OR 97208-5058 |

TOTAL: 14

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Sep 14, 2024       Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 12, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| DENISE ELIZABETH CARLON | on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE PENNSYLVANIA HOUSING FINANCE AGENCY) bkgroup@kmllawgroup.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| KEVIN G. MCDONALD | on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE PENNSYLVANIA HOUSING FINANCE AGENCY) bkgroup@kmllawgroup.com |
| LEON P. HALLER | on behalf of Creditor Pennsylvania Housing Finance Agency lhaller@pkh.com dmaurer@pkh.com;mgutshall@pkh.com;khousman@pkh.com |
| LEON P. HALLER | on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE PENNSYLVANIA HOUSING FINANCE AGENCY) lhaller@pkh.com dmaurer@pkh.com;mgutshall@pkh.com;khousman@pkh.com |
| STANLEY E. LUONGO, JR. | on behalf of Debtor Jeanette A. Walker-Cosby stan.luongo@luongobellwoar.com nicole.werner@luongobellwoar.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 7

*Form 138OBJ* (6/24)−doc 38 − 36

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: )
   Jeanette A. Walker−Cosby ) Case No. 19−14149−amc
)
)
   Debtor(s). ) Chapter: 13
)
)

## NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § l328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

Eastern District of Pennsylvania
900 Market Street
Suite 400
Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

Date: September 12, 2024                         For The Court

                                                                                Timothy B. McGrath
                                                                                Clerk of Court